**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1407**

In re:   LIONELL  ELIJAH  EPHRAIM,  a/k/a  Lionel  Elizah
Williams,

Petitioner.

On Petition for a Writ of Habeas Corpus.
(1:11-cv-00107)

Submitted: May 24, 2012                    Decided:  May 30, 2012

Before MOTZ and DAVIS, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Lionell Elijah Ephraim, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionel Elijah Ephraim filed a petition for an original writ of habeas corpus challenging his 1991 sentence. This court ordinarily declines to entertain original habeas petitions filed under 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011), and this case provides no reason to depart from the general rule. Moreover, we find that the interests of justice would not be served by transferring the case to the district court. See 28 U.S.C. § 1631 (2006); Fed. R. App. P. 22(a). Accordingly, while we grant leave to proceed in forma pauperis, we dismiss the petition. We also deny Ephraim's motion to expedite the proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED